UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

VICTORIA GUTKIN,
*on behalf of SJC and AC*,

       Plaintiff,

v.                                       Case No. 8:10-cv-2612-T-24-TBM

MICHAEL J. ASTRUE,
*Commissioner of the U.S.*
*Social Security Administration*,

       Defendant.
_____/

## O R D E R

This cause comes before the Court for consideration of Plaintiff's complaint seeking

review of the decision of the Commissioner of the U.S. Social Security Administration denying

her claim for child's insurance benefits, which she filed on behalf of her minor children, A.C.

and S.C.  (Dkt. 1.)  This complaint was considered by the United States Magistrate Judge.

Magistrate Judge Thomas B. McCoun III filed his Report and Recommendation, finding that the

decision of the Commissioner of the U.S. Social Security Administration was in accordance with

the correct legal standards and was otherwise supported by substantial evidence, and

recommending that the decision be affirmed.  (Dkt. 12.)

All parties were furnished copies of the Report and Recommendation on January 25,

2012, and were afforded the opportunity to file objections pursuant to 28 U.S.C. § 636(b)(1).  On

February 8, 2012, Plaintiff filed her Objections to the Report and Recommendation.  (Dkt. 13.)

Upon consideration of the Report and Recommendation and Plaintiff's Objections, and upon this

Court's independent examination of the file, it is determined that the Report and

Recommendation should be adopted.

Accordingly, it is now **ORDERED AND ADJUDGED** that

    (1)    The Magistrate Judge's Report and Recommendation (Dkt. 12) is adopted and incorporated by reference in this Order of the Court;

    (2)    Plaintiff's complaint is dismissed, and the decision of the Commissioner of the U.S. Social Security Administration is **AFFIRMED**; and

    (3)    The Clerk is directed to enter judgment in favor of Defendant, to terminate all pending motions, and to close this case.

**DONE AND ORDERED** at Tampa, Florida, this 10th day of February, 2012.

SUSAN C. BUCKLEW
United States District Judge

Copies to:
The Honorable Thomas B. McCoun III
Counsel of Record

2